Tiffany G. Doctors, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 14363
8390 W. Windmill Lane, Building B
Las Vegas, NV 89113
Tel: (702) 382-2030
Fax: (702) 684-5157
Email: tgd@weltlaw.com

Jason P. McCaul, Esq.
Olinsky Law Group
Maryland Bar No. 0806170163
*Admitted Pro Hac Vice*
250 S. Clinton Street, Suite 210
Syracuse, NY 13202
Tel: (315) 701-5780
Fax: (315) 701-5781
Email: jmccaul@windisability.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY C. BYRD, | ) |
| | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:25-cv-01432-DJA |
| v. | ) |
| | ) **SECOND CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| FRANK BISIGNANO, | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, Tiffany C. Byrd, by her attorneys, moves for a fifty-nine (59) day extension of time to file Plaintiff's opening brief on or before February 27, 2026. Plaintiff's opening brief is currently due to be filed December 30, 2025. This is Plaintiff's second request for an extension of time in this matter. On November 13, 2025, this Court granted Plaintiff's first Motion for an Extension of Time (Dkt. No. 16).

1

Counsel requests this extension due to Counsel for Plaintiff, Jason McCaul, only obtaining access to the Administrative Record in this matter today, December 29, 2025. Due to complications relating to contacting Counsel's previous *Of Counsel*, Counsel did not have access to the Administrative Record in this matter. On December 29, 2025, a staff member contacted Chambers in this matter regarding the pending *Pro Hac Vice* Motion for the undersigned attorney, inquiring if further documentation is required and iterating that Plaintiff's briefing deadline is December 30, 2025. On the same day, this Court granted the undersigned's Motion to Appear *Pro Hac Vice* (Dkt. No. 20).

Counsel requires additional time to review the Administrative Record in this matter and complete Plaintiff's Brief. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Wherefore, Plaintiff requests an extension from December 30, 2025, up to and including February 27, 2026, to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated December 29, 2025.

Respectfully submitted,

*/s/Jason P. McCaul*
Jason P. McCaul, Esq.
Olinsky Law Group
Maryland Bar No. 0806170163
*Admitted Pro Hac Vice*
250 S. Clinton Street, Suite 210
Syracuse, NY 13202
Tel: (315) 701-5780
Fax: (315) 701-5781
Email: jmccaul@windisability.com

**IT IS SO ORDERED**.

DATED: 12/31/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**Plaintiff's Certificate of Service:**

I certify that I caused the Second Consent Motion for Extension of Time to be served today, December 29, 2025, by CME/CF to Angela Thornton-Millard, Esq., and Nicole Leibow, Esq., who are filing users of the CM/ECF system.

*/s/Jason P. McCaul*
Jason P. McCaul, Esq.
Olinsky Law Group
Maryland Bar No. 0806170163
*Admitted Pro Hac Vice*
250 S. Clinton Street, Suite 210
Syracuse, NY 13202
Tel: (315) 701-5780
Fax: (315) 701-5781
Email: jmccaul@windisability.com

3