TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
Nevada Bar No. 8264

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY C. BYRD,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:25-cv-01432-DJA<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d).** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff be awarded attorney fees in the amount of SIX THOUSAND FOUR HUNDRED SEVENTY-FIVE dollars ($6,475) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to attorney Tiffany Gayle Doctors.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Olinsky Law Group.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Tiffany Gayle Doctors and Olinsky Law Group may have relating to EAJA attorney fees in connection with this action.

Dated: June 22, 2026                    Respectfully submitted,

                                        OLINSKY LAW GROUP

                                        */s/ Tiffany Gayle Doctors*
                                        TIFFANY GAYLE DOCTORS
                                        (*as authorized via email on June 22, 2026)
                                        Attorney for Plaintiff


Dated: June 22, 2026                    Respectfully submitted,

                                        SIGAL CHATTAH
                                        First Assistant United States Attorney

/s/ David Priddy
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED** that the parties' stipulation (ECF No. 33) is GRANTED.  In light of the parties' stipulation, **IT IS FURTHER ORDERED** that Plaintiff's motion for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. section 2412(d) (ECF No. 32) is DENIED as moot.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: ___6/24/2026_____

3

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 6401 Security Boulevard, Baltimore, Maryland 21235.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Tiffany Gayle Doctors
Of Counsel, Olinsky Law Group
Welt Law
Las Vegas, NV 89113
702-382-2030
Email: tgd@weltlaw.com

Jason P. McCaul
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, NY 13202
315-701-5780
Email: jmccaul@windisability.com

Attorneys for Plaintiff


I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2026


*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

4